IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| BRANDI and JASON RICHARDSON, as PARENTS and EXECUTRIX OF JAKOB RICHARDSON (deceased), | * * * * | |
| Plaintiffs, | * * | |
| v. | * * | CV 111-194 |
| UNITED STATES OF AMERICA, | * * | |
| Defendant. | * | |

**O R D E R**

On December 1, 2011, Plaintiffs filed suit against Defendant pursuant to the Federal Tort Claims Act, 28 U.S.C. § 1346. (Doc. no. 1.) The parties have now submitted to the Court, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a joint stipulation of dismissal. (Doc. no. 19.)

Accordingly, this case is hereby **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and attorneys' fees. The Clerk is **DIRECTED** to **TERMINATE** all deadlines and motions, and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia this 14th day of May, 2012.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA